UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CODY SMOOT                                        CIVIL ACTION

VERSUS                                            NO. 17-14945

DARRELL VANNOY, WARDEN                            SECTION: "A"(3)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Cody Smoot is **DISMISSED WITH PREJUDICE**.

June 13, 2018

_____
UNITED STATES DISTRICT JUDGE